■   Jose Zaccour, Respondent, v. Edmond Zaccour, Appellant.— Order, entered October 25, 1965, denying defendant's application for the appointment of a guardian ad litem and other relief, unanimously affirmed, with $30 costs and disbursements to respondent, without prejudice to any proper proceedings on proper papers, to vacate the default judgment. Concur — Botein, P. J., Breitel, Stevens, Eager and Steuer, JJ.

■   The People of the State of New York v. Victor Hernandez.— Motion granted and the order of this court entered on July 15, 1965 is modified to the extent of assigning Emanuel Thebner, Esq., of 51 Chambers Street, New York, N. Y., in the place and stead of Anthony F. Marra, Esq. The time within which which appellant shall perfect this appeal is hereby enlarged until 120 days from the date of this order (see Code Crim. Pro., § 535). Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■   The People of the State of New York v. Lorell Milton.—Motion granted and the order of this court entered on April 29, 1965 is modified to the extent of assigning Marguerite S. Hines, Esq., of 225 Broadway, New York, N. Y., in the place and stead of Anthony F. Marra, Esq. The time within which appellant shall perfect this appeal is hereby enlarged until 120 days from the date of the order entered hereon (see Code Crim. Pro., § 535). Concur — Botein, P. J., Breitel, Stevens, Eager and Steuer, JJ.